# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SUN NUCLEAR CORPORATION,**

    **Plaintiff,**

v.                                                            Case No. 6:25-cv-778-JA-LHP

**XCISION MEDICAL SYSTEMS, LLC,**

    **Defendant.**

## ORDER

This case is before the Court on review of the Third Amended Complaint (Doc. 9).

In a prior Order, the Court afforded Plaintiff "**one** further opportunity to establish diversity jurisdiction" and cautioned that failure to identify Defendant's member(s) and their citizenship(s) would result in dismissal of this action for lack of subject-matter jurisdiction. (Doc. 8 at 3 (emphasis in original)). Because Plaintiff's latest attempt—its fourth—to adequately plead the citizenship of Defendant, Xcision Medical Systems, LLC, also falls short, this case will be dismissed.

In the Third Amended Complaint, Plaintiff alleges that Defendant is a Maryland limited liability company with "one member, Schizhen (Shanghai) Medical Technologies Co., Ltd., organized and existing under the laws of China,

whose principal place of business is located in Shanghai, China." (Doc. 9 ¶ 2). But Plaintiff does not state what kind of entity Shizhen (Shanghai) Medical Technologies Co., Ltd. is, nor does Plaintiff allege the entity's citizenship. *See generally Karpel v. Knauf Gips KG*, Civil Action No. 21-24168-Civ-Scola, 2023 WL 3845507 (S.D. Fla. June 6, 2023). As explained in *Karpel*, "[t]he true nature of a foreign limited company may vary depending on its treatment in the country of origin," and "the type of entity . . . has an impact on the Court's analysis of whether diversity jurisdiction exists." *Id.* at *2. Absent information about what type of entity Defendant's sole member is or how it is treated in China—that is, whether it is "more akin to a corporation or a limited liability company," *id.*—the Court cannot ascertain Defendant's citizenship or whether the Court has subject-matter jurisdiction over this case.

Accordingly, it is **ORDERED** as follows:

1. This action is **DISMISSED** for lack of subject-matter jurisdiction.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on June 3rd, 2025.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties

2